## City of Evanston, Appellee, v. Charter Ward, Appellant.

### Gen. No. 44,387.

opinion filed June 21, 1948; released for publication September 9, 1948. Ellis & Westbrooks, for appellant; Alvin A. Turner, of counsel; Erwin F. Stolle, for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.

## John Plain Estate, Appellee, v. W. J. Golden, Appellant.

### Gen. No. 10,293.

228

Opinion filed January 4, 1949; released for publication January 24, 1949. Irwin Bloom, for appellant; Carleton A. Shults, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full.

John Scheidler, Appellee, v. Esther R. Haught, Executrix of Last Will and Testament of Mary E. Orth, Deceased, Appellant.

Gen. No. 10,187.

opinion filed September 1, 1948; released for publication September 20, 1948. Franklin U. Stransky and Franklin J. Stransky, for appellant; Lawrence A. Smith and Robert L. Morris, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.